# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:13CR336** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **LASHAWN DRIVER,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion for an extension of time by defendant Lashawn Driver  (Driver) (Filing No. 18).  Driver seeks an additional ten days in which to file pretrial motions in accordance with the progression order.  Driver has filed an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 19).  Upon consideration, the motion will be granted as set forth below.

**IT IS ORDERED:**

Defendant Driver's motion for an extension of time (Filing No. 18) is granted.  Driver is given until **on or before November 6, 2013,** in which to file pretrial motions pursuant to the progression order.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., **the time between October 25, 2013, and November 6, 2013**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 25th day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge